# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FORWARD DESIGN & DEVELOPMENT, INC.**
      **Plaintiff,**

**-vs-**                                                                                                  **Case No. 6:11-cv-316-PCF-GJK**

**FEDERAL DEPOSIT INSURANCE CORPORATION**
      **Defendant.**

## ORDER

This case comes before the Court on the Agreed Motion for Enlargement of Time and for Stay by Federal Deposit Insurance Corporation. (Doc. No. 12, filed Mar. 11, 2011.) In the Motion, the parties request an enlargement of time to file discovery responses, to file responses to the Complaint or supplemental briefing in support of the previously filed Motion to Dismiss, and to conduct the Case Management Conference. (*Id.* at 2.) The parties also request an indefinite stay of the present action pending the outcome of settlement discussions. (*Id.*)

In light of the present settlement discussions, the Agreed Motion for Enlargement of Time and for Stay by Federal Deposit Insurance Corporation (Doc. No. 12) is hereby **GRANTED in part**. The present action will be stayed for thirty (30) days. The Motion is **DENIED** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on March 16 , 2011.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties